THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 20-CR-30171-DWD |
| ) | |
| ISAAC SANDERS, ) | |
| ) | |
| Defendant. ) | |

## STIPULATION OF FACTS

The United States of America, by and through Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois, and Monica A. Stump, Assistant United States Attorney, together with Defendant, Isaac Sanders, and his counsel, Steve Sokolik, agree and stipulate to the following Stipulation of Facts:

1. From approximately September 25, 2014, and continuing until approximately July 5, 2016, Defendant knowingly conspired with other individuals, including Tamecia Buckley and others, to commit an offense against the United States, by causing the United States mails to be used for the delivery of mail matter for the purpose of executing a scheme and artifice to defraud Ameren.

2. The object of this conspiracy was for Defendant, Buckley, and others, to defraud Ameren by opening new accounts for electric and gas services in the names of real people without paying for those services.

3. Buckley called Ameren to open new accounts using the names and social security numbers of real people (hereinafter "the victim(s)") to acquire gas and electric services at addresses in Cahokia, Illinois, in St. Clair County within the Southern District of Illinois, where she and Defendant lived at some point or throughout the conspiracy. Buckley identified herself as the

1

victim in whose name she requested to open the account. Buckley also provided the customer's social security number to Ameren personnel. Defendant provided her mailing address or the addresses of others, such as Defendant's address, as the customer's address, when in fact the customer did not live at the address Buckley provided. Buckley did not have the permission of the customers in whose name she opened accounts to contact Ameren or to open new accounts for services.

4. Buckley charged Defendant a fee of $150 if she opened the account for him.

5. In starting a new account, Buckley and Defendant caused Ameren to mail bills to the customer at the address Buckley specified in the ordinary course of business through the United States Postal Service.

6. Once the accounts were opened, Buckley advised Defendant to pay the bill to give the appearance that the accounts were opened legitimately.

7. Defendant and Sanders did not always pay the bills and eventually Ameren cut off services.

8. Once Ameren turned off services and Sanders paid Buckley's fee, Buckley called again using a new name and social security number to set up a new account number for Sanders.

9. Buckley opened five accounts in the names of real people for Isaac Sanders at his request during the conspiracy, after Sanders reached out to Defendant requesting she open an account for him and Sanders paid Defendant $150. Bills for Sanders' accounts were mailed through the United States Postal Service in the ordinary course of business to the customer at Sanders' property on Jerome Lane in Cahokia, Illinois.

10. On or about December 19, 2015, Defendant SANDERS had another unnamed coconspirator call Ameren, and open a new account for electric and gas services for Defendant at

a residence he owned at the time on Jerome Lane in Cahokia, Illinois within the Southern District of Illinois. The unnamed coconspirator pretended to be C.W., a real person, and used C.W.'s name and the last four digits of her social security number without her permission. The unnamed coconspirator provided Defendant's cellular telephone number as the contact number on the account. Defendant used the account on C.W.'s name for several months and twice called Ameren pretending to be C.W.'s son. During one of those calls, on May 6, 2016, Defendant claimed his mother, C.W., had been in the hospital and he needed to make payment arrangements. C.W. is not Defendant's mother.

11. Defendant's actions caused a loss to Ameren in the amount of $5,123.83.

12. As charged in Count Two of the Information, on May 6, 2016, in St. Clair County, within the Southern District of Illinois, Defendant knowingly possessed and used, without lawful authority, a means of identification of another person, specifically the name and Ameren account number of a person with the initials C.W. during and in relation to a felony violation enumerated in 18 U.S.C. § 1028A(c), namely conspiracy to commit mail fraud as charged in Count One and Defendant knew that the means of identification belonged to another actual person.

13. Defendant stipulates that the facts set forth in this Stipulation of Facts prove beyond a reasonable doubt Counts One and Two of the Information.

14. Defendant stipulates that venue is proper in the Southern District of Illinois for Counts One and Two of the Information.

SO STIPULATED:

STEVEN D. WEINHOEFT
United States Attorney

3

_____
ISAAC SANDERS
Defendant

_____
STEVE SOKOLIK, Esq.
Attorney for Defendant

Date: 9/30/20

_____
MONICA A. STUMP
Assistant United States Attorney

Date: 10/01/2020

4